**SOUTHERN BELL TELEPHONE AND TELEGRAPH CO. v. WEST**

[328 N.C. 566 (1991)]

SOUTHERN BELL TELEPHONE AND TELEGRAPH COMPANY v. RICHARD WEST

No. 586A90

(Filed 3 April 1991)

APPEAL as of right by defendant pursuant to N.C.G.S. § 7A-30 from a decision of a divided panel of the Court of Appeals, 100 N.C. App. 668, 397 S.E.2d 765 (1990), affirming an order of *Lewis (Robert), J.,* entered at the 23 October 1989 Civil Session of Superior Court, HAYWOOD County, directing a verdict for plaintiff at the close of all the evidence. Heard in the Supreme Court 14 March 1991.

*Roberts Stevens & Cogburn, P.A., by Gwynn G. Radeker, for plaintiff-appellee.*

*Patla, Straus, Robinson & Moore, P.A., by Harold K. Bennett, for defendant-appellant.*

PER CURIAM.

Affirmed.